Aaron M. Clefton, Bar No. 318680
aclefton@reincleftonlaw.com
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone: (510) 832-5001
Fax No.: (510) 832-4787

Attorneys for Plaintiff
MEREDITH BRIGHT

Janel R. Ablon, Bar No. 198678
jablon@littler.com
Jennifer A. Goldberg, Bar No. 292216
jagoldberg@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.: 800.715.1330

Attorneys for Defendant
MENDOCINO FARMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEREDITH BRIGHT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MENDOCINO FARMS, LLC,<br><br>　　　　　　Defendant. | Case No. 03-23-CV-05991 TSH<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Trial Date:　None Set<br>Complaint Filed: November 20, 2023 |

LITTLER
MENDELSON P.C.
2049 Century Park
East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

03-23-CV-05991 TSH

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Meredith Bright ("Plaintiff") and Defendant Mendocino Farms LLC ("Defendant," and, with Plaintiff, the "Parties") by and through their respective counsel, hereby submit the following Joint Notice of Settlement.

The Parties have reached a settlement in principle in the above-referenced action, which will resolve this action in its entirety. The Parties anticipate executing a settlement agreement soon. Plaintiff will dismiss the lawsuit with prejudice upon full consummation of the terms set forth in the Parties' settlement agreement.

Accordingly, in the interest of judicial economy, the Parties respectfully request that the Court vacate the upcoming deadlines in this action while the Parties work towards finalizing the settlement.

Dated:       February 7, 2024

REIN & CLEFTON, Attorneys at Law

/s/ *Aaron Clefton*
Aaron M. Clefton

Attorneys for Plaintiff
MEREDITH BRIGHT

Dated:       February 7, 2024

LITTLER MENDELSON P.C.

/s/ *Jennifer Goldberg*
Janel R. Ablon
Jennifer A. Goldberg

Attorneys for Defendant
MENDOCINO FARMS, LLC

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

03-23-CV-05991 TSH

## SIGNATURE ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated:  February 7, 2024                     /s/ *Jennifer A. Goldberg*
                                             Jennifer A. Goldberg

4883-3952-7843.1 / 080866-1054