UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEREDITH BRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MENDOCINO FARMS LLC,<br><br>　　　　　Defendant. | Case No. 23-cv-05991-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 10. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by April 08, 2024.

**IT IS SO ORDERED.**

Dated: February 8, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge