AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
MEREDITH BRIGHT

Janel R. Ablon (SBN 198678)
jablon@littler.com
Jennifer A. Goldberg (SBN 292216)
jagoldberg@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East, 5th Floor
Los Angeles, California  90067.3107
Telephone:  310.553.0308
Fax No.:      800.715.1330

Attorneys for Defendant
MENDOCINO FARMS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEREDITH BRIGHT,<br><br>     Plaintiff,<br><br>v.<br><br>MENDOCINO FARMS LLC,<br><br>     Defendant. | Case No. 3:23-cv-05991-TSH<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: November 20, 2023 |

## **STIPULATION**

Plaintiff MEREDITH BRIGHT ("Plaintiff") and Defendant MENDOCINO FARMS LLC ("Defendant") (Plaintiff and Defendant together, the "Parties") hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  March 11, 2024                                    REIN & CLEFTON

                                                                              */s/ Aaron M. Clefton*
                                                                              By:  AARON M. CLEFTON, ESQ.
                                                                              Attorneys for Plaintiff
                                                                              MEREDITH BRIGHT

Dated: March 11, 2024                                     LITTLER MENDELSON P.C.

                                                                              */s/ Jennifer Goldberg*
                                                                              By:  JANEL R. ABLON, ESQ.
                                                                                      JENNIFER A. GOLDBERG
                                                                              Attorneys for Defendant
                                                                              MENDOCINO FARMS, LLC

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on March 11, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Jennifer Goldberg in the filing of this document.

                                                                              */s/ Aaron Clefton*
                                                                              Aaron Clefton

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2024        _____
                              Honorable Thomas S. Hixon
                              U.S. Magistrate Judge

4868-8365-3292.1 / 080866-1054

- 3 -

STIPULATION FOR DISMISSAL
Case No. 3:23-cv-05991-TSH